## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 17-cv-04254-SLD-JEH |
| FAREWAY STORES, INC. | ) ) | Hon. Judge Sara Darrow, |
| | ) ) | Magistrate: Jonathon E. Hawley |
| Defendant. | ) | |

### DEFENDANT FAREWAY STORES, INC.'S MOTION TO TRANSFER VENUE

Defendant, FAREWAY STORES, INC. ("Fareway"), moves this Court pursuant to 28 U.S.C. §1404, for a transfer of this matter to the United States District Court for the Southern District of Iowa for the convenience of the parties, the convenience of the witnesses, and the interests of justice.  Fareway submits simultaneously herewith its Memorandum of Law in support of its Motion to Transfer under 28 U.S.C. § 1404(a).

WHEREFORE, Defendant, Fareway, requests an order from this Court transferring this case to the United States District Court for the Southern District of Iowa pursuant to 28 U.S.C. §1404(a).

          Respectfully submitted,

          LEWIS BRISBOIS BISGAARD & SMITH LLP


          By: /s/ Siobhán M. Murphy_____
              Attorneys for Defendants

Siobhán M. Murphy, ARDC No. 6207431
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312.345.1718 / Fax: 312.345.1778

4849-4228-8981.1