Mathew K. Higbee, Esq., SBN 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
*ADLIFE MARKETING & COMMUNICATIONS Co. INC.,*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS Co. INC., <br><br> Plaintiff, <br><br> v. <br><br> FAREWAY STORES, INC., <br><br> Defendant. | Case No.: 4:17-CV-04254-SLD-JEH <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff, Adlife Marketing & Communications Company, Inc. ("Adlife" or "Plaintiff"), pursuant to Rule 15(a) of the Federal Rules of Civil Procedure hereby moves this court for leave to amend the First Amended Complaint by filing the Second Amended Complaint, attached hereto as Exhibit 1.

//

//

In support of this motion, Plaintiff states as follows:

1. By order dated July 5, 2018, this Court entered an order setting a deadline of March 29, 2019 for the filing of motions to amend the pleadings or add parties.

2. Plaintiff seeks to amend the First Amended Complaint in order to narrow the issues, specifically the number of images at issue. During discovery, additional information has been made available to Plaintiff changing the number of images at issue. Plaintiff has also discovered additional images, which were used by Defendant Fareway, as recently as January 2019, after filing the First Amended Complaint.

3. Federal Rule of Civil Procedure 15 provides that "The court should freely give leave [to amend] when justice so requires."

4. Defendants will not be prejudiced by this amendment because discovery is still in early stages and Plaintiff has not delayed unreasonably in seeking to amend the complaint.

5. Counsel for defendant has been informed of the proposed Second Amended Complaint. At the time of filing this motion, counsel for defendant has not stated whether they oppose the motion.

//

//

## CONCLUSION

For all the forgoing reasons, Plaintiff respectfully requests that the court enter an order granting its Motion for Leave to File Plaintiff's Second Amended Complaint, attached hereto as Exhibit "1", deeming the amendment filed as of the date of the order.

Dated: March 29, 2019                              Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq., SBN 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed this

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Siobhan M. Murphy
LEWIS BRISBOIS BISGAARD & SMITH, LLP.
550 West Adams Street, Suite 300
Chicago, IL 60661
Siobhan.murphy@lewisbrisbois.com
*Counsel for Defendant,*
*FAREWAY STORES, INC.*

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 29, 2019, at Santa Ana, California.

/s/ *Mathew K. Higbee*
Mathew K. Higbee