E-FILED
Thursday, 24 October, 2019  02:17:30 PM
Clerk, U.S. District Court, ILCD

EXHIBIT
M

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| ADLIFE MARKETING & <br> COMMUNICATIONS CO., INC.,    ) <br>    ) <br>    Plaintiff,    ) <br> v.    ) <br>    ) <br> FAREWAY STORES, INC.    ) <br>    ) <br>    ) <br>    Defendant.    ) | Cause No. 17-cv-04254-SLD-JEH <br><br> Hon. Judge Sara Darrow, <br><br> Magistrate: Jonathon E. Hawley |

### DECLARATION OF SHARON FERRETTI

I, Sharon Ferretti, being first duly sworn on oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state:

1.    From approximately May 1, 1995 – 2008, I worked as a Senior Graphic Designer with Adlife Marketing & Communications Co., Inc. ("Adlife") in Norwood, Massachusetts. From approximately 2008 – 2012, I worked as a Team Leader and Production Manager at Adlife. From approximately 2012-2019, I worked as Executive Vice President at Adlife and at Bad Adz, Inc.

2.    As a former Senior Graphic Designer, Team Leader, Production Manager and Executive Vice President at Adlife, I have in depth personal knowledge of the company's operations. In addition to working for Adlife, I was also married for a short time to Adlife's President, Joel Albrizio.

3.    Adlife maintains a repository of approximately 20,000 – 25,000 food photographs ("Food Photograph Database").

4.    Joel Albrizio did not create or photograph any of the food photographs that are part of the Adlife Food Photograph Database of images. Mr. Albrizio never so much as

DECLARATION OF SHARON FERRETTI

picked up a camera, or pressed a shutter release button, to take any food photographs for Adlife at any time during my 24-year history at Adlife. As long as I have known him, Mr. Albrizio has never maintained a home photography studio. Mr. Albrizio did not take food photographs at home, or in any other location, that are part of the Adlife Food Photograph Database.

5.     I have reviewed the document attached hereto as Exhibit "A" and can confirm that Joel Albrizio did not photograph or otherwise play any role in the creation of any of the photographs contained in Exhibit "A". Mr. Albrizio also was not responsible for scanning or creating digital copies of any of the images contained in Exhibit "A".

6.     On page 3 of Exhibit "A" there is an image entitled "BeefCheeseBurger003.jpg". This is not an Adlife image properly part of the Adlife Food Photography Database. Allegations of infringement have been made by Adlife against at least one third party entity in the past regarding the image entitled "BeefCheeseBurger003.jpg", and it was definitively determined in that matter that this image is not an Adlife image. It is my understanding that this image has now been removed from the Adlife Food Photograph Database.

7.     Adlife does not maintain, and has never maintained, any record of the creation date, publication date, or the identity of the photographer of any of the food photographs in Exhibit "A", or any of the other food photographs contained in the Adlife Food Photograph Database.

8.     When seeking registration of copyrights of images in the Adlife Food Photograph Database with the United States Copyright Office, Adlife employees were almost always instructed by Joel Albrizio to identify Joel Albrizio as the photographer for

all of the images being registered.  The instruction from Joel Albrizio to do this was questioned repeatedly by Adlife's employees due to the fact that Joel Albrizio was not the photographer of any image being registered.  Almost each and every time Adlife sought to register copyrights in images from the Adlife Food Photograph Database, Joel Albrizio was adamant that he was the one to be listed as the photographer even though he knew that to be false.  Any copyright registration that identifies Joel Albrizio as a photographer or creator of any of the images from the Adlife Food Photograph Database is false.

9.      At the end of my employment with Adlife in early 2019, there were a large number of emails between Adlife employees, including Joel Albrizio, on the Adlife server that pertained to registration of copyrights by Adlife in the Adlife Food Photographs.

10.     The document attached as Exhibit "A" to this declaration was created by a script that was written by Jeremy Howard.  The script populated the document with Adlife images, and all of the information listed.  I do not know where the information listed in the document attached as Exhibit "A" came from as Adlife never maintained an accurate record of the creation date or first publication date for any of the images in the Adlife Food Photograph Database.

11.     During my tenure with the company, Adlife disseminated food photographs through licensees such as Multi-Ad Services, Inc. ("Multi-Ad") from approximately 1994 – 2017, and through iStockphoto LP ("iStock") from approximately 2013-2016.  Images from Adlife's Food Photography Database were then sub-licensed by Multi-Ad and iStock to other entities for use.  Multi-Ad and iStock would then pay a royalty to Adlife for each sub-licensee use.  Adlife did not keep complete records of the sub-licensees to whom Multi-Ad and iStock disseminated the images from the Adlife Food Photograph Database.



12.    Throughout the term of its license agreement with Multi-Ad, Adlife was aware that its images were being used by unauthorized entities and that it was not receiving a royalty for such uses. This problem persisted for more than a decade from at least the year 2000. Under the terms of the license agreement with Multi Ad, I understand that Adlife had the right and ability to seek an audit of all sub-licensees of the food photographs. Adlife also had the right to terminate its licensing agreement with Multi-Ad for failure to properly account for the sub-licensees making use of the images from the Adlife Food Photograph Database. During my tenure at the company, Adlife permitted the images from the Adlife Food Photograph Database to be disseminated to third parties by Multi-Ad without payment of any royalty. Although it was aware for more than a decade that its food photographs were being widely disseminated to third parties without payment or authorization, Adlife took no action to terminate its relationship with Multi-Ad. It was not until 2017, when Adlife created the website www.preparedfoodphotos.com for purposes of licensing the images from the Food Photograph Database, that Adlife ended its business relationship with Multi-Ad.

13.    In addition to allowing Multi-Ad to disseminate its photographs to third parties without payment, Adlife and Joel Albrizio purposely disseminated the photographs contained in Adlife's Food Photograph Database on the internet without any watermarks or copyright notice, with the goal being that people would use the photos and thus give Adlife a basis to claim infringement. In this regard, Adlife did not actually seek to put others on notice of Adlife's alleged copyright rights, but instead sought to obscure those rights with the hopes that the images would be infringed so as to then try and extract compensation



via settlement for infringement.  Settling an infringement claim is more profitable for Adlife than simple licensing because the images are not that valuable from a licensing standpoint.

14.    During my tenure, Adlife initiated hundreds of lawsuits in small claims court, and in state and federal courts, alleging unauthorized use of Adlife's images and infringement of copyrights of the images in the Adlife Food Photograph Database.

15.    Adlife's aggressive litigation tactics were viewed by many Adlife employees and customers as unethical and was cause for numerous employees to end their employment with the company and left many customers questioning the business ethics of the company.

**I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed on October 15 , 2019, at Raynham , Massachusetts.**

By: _____
Sharon Ferretti

4827-8772-4202.1

E-FILED
Friday, 19 April, 2019  05:32:14 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# Fareway - Infringement Data

**124 Total Images**
**1194 Total Infringements**

| | |
|---|---|
| Image Name: | AppleMacintosh003_ADL.jpg |
| Registration Number: | VA0002047017 |
| Registration Date: | March 05, 2017 |
| Creation Date: | March 19, 2000 |
| Publication Date: | March 26, 2000 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |

| | |
|---|---|
| Image Name: | Asparagus011_ADL.jpg |
| Registration Number: | VA0002040911 |
| Registration Date: | April 17, 2017 |
| Creation Date: | March 19, 1998 |
| Publication Date: | March 26, 1998 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |

| | |
|---|---|
| Image Name: | AsparagusRawHR0401.jpg |
| Registration Number: | VA0002023644 |
| Registration Date: | December 02, 2016 |
| Creation Date: | June 16, 1994 |
| Publication Date: | June 23, 1994 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |

| | |
|---|---|
| Image Name: | AvocadosHC1107.jpg |
| Registration Number: | VA0002055117 |
| Registration Date: | May 31, 2017 |
| Creation Date: | September 04, 2000 |
| Publication Date: | September 27, 2000 |
| Earliest Documented Appearance: | October 13, 2017 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | BabyBackRibs001_ADL.jpg |
| Registration Number: | VA0002045003 |
| Registration Date: | April 19, 2017 |
| Creation Date: | August 27, 1994 |
| Publication Date: | September 13, 1994 |
| Earliest Documented Appearance: | December 22, 2017 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | Bacon006_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | January 04, 1996 |
| Publication Date: | January 11, 1996 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 5 |

| Image Name: | BaconWrappedFillets001_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002045015 |
| Registration Date: | April 07, 2017 |
| Creation Date: | August 09, 1995 |
| Publication Date: | August 16, 1995 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 7 |



| Image Name: | BeefCheeseburger003.jpg |
| --- | --- |
| Registration Number: | VA0002012581 |
| Registration Date: | August 05, 2016 |
| Creation Date: | August 03, 1999 |
| Publication Date: | August 16, 1999 |
| Earliest Documented Appearance: | June 16, 2017 |
| Infringement Count: | 39 |



| Image Name: | BeefChuckRoastBnls005.jpg |
| --- | --- |
| Registration Number: | VA0002009665 |
| Registration Date: | July 12, 2016 |
| Creation Date: | September 10, 2009 |
| Publication Date: | September 17, 2009 |
| Earliest Documented Appearance: | April 21, 2017 |
| Infringement Count: | 21 |



| Image Name: | BeefChuckRoastBnls006.jpg |
| --- | --- |
| Registration Number: | VA0002012581 |
| Registration Date: | August 05, 2016 |
| Creation Date: | February 05, 1999 |
| Publication Date: | February 13, 1999 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 5 |



| Image Name: | BeefChuckRoastBnls015_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | November 21, 1997 |
| Publication Date: | December 05, 1997 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 4 |



| Image Name: | BeefChuckSteakBnlsGrlMrk001.jpg |
| --- | --- |
| Registration Number: | VA0002009665 |
| Registration Date: | July 12, 2016 |
| Creation Date: | September 10, 2009 |
| Publication Date: | September 17, 2009 |
| Earliest Documented Appearance: | March 24, 2017 |
| Infringement Count: | 127 |



| Image Name: | BeefChuckSteakBnlsGrlMrk002_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | September 10, 1997 |
| Publication Date: | September 17, 1997 |
| Earliest Documented Appearance: | December 01, 2017 |
| Infringement Count: | 11 |

| Image Name: | BeefCubeSteak002_ADL.jpg |
|---|---|
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | April 21, 1997 |
| Publication Date: | May 05, 1997 |
| Earliest Documented Appearance: | September 15, 2017 |
| Infringement Count: | 5 |

| Image Name: | BeefCubeSteak006_ADL.jpg |
|---|---|
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | February 16, 1997 |
| Publication Date: | February 23, 1997 |
| Earliest Documented Appearance: | March 17, 2017 |
| Infringement Count: | 21 |

| Image Name: | BeefFlatIronSteakGrlMrk001.jpg |
|---|---|
| Registration Number: | VA0002012581 |
| Registration Date: | August 05, 2016 |
| Creation Date: | August 27, 1999 |
| Publication Date: | September 06, 1999 |
| Earliest Documented Appearance: | April 21, 2017 |
| Infringement Count: | 29 |

| Image Name: | BeefHamburger035.jpg |
|---|---|
| Registration Number: | VA0002047015 |
| Registration Date: | January 15, 2017 |
| Creation Date: | April 08, 1998 |
| Publication Date: | April 15, 1998 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 7 |

| Image Name: | BeefHamburgerGorgonzola001_ADL.jpg |
|---|---|
| Registration Number: | VA0002047015 |
| Registration Date: | January 15, 2017 |
| Creation Date: | May 15, 1998 |
| Publication Date: | May 22, 1998 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |

| Image Name: | BeefKabobGrlMrk008_ADL.jpg |
|---|---|
| Registration Number: | VA0002047015 |
| Registration Date: | January 15, 2017 |
| Creation Date: | May 16, 1998 |
| Publication Date: | May 23, 1998 |
| Earliest Documented Appearance: | September 15, 2017 |
| Infringement Count: | 4 |

| Image Name: | BeefMeatloaf002_ADL.jpg |
|---|---|
| Registration Number: | VA0002047015 |
| Registration Date: | January 15, 2017 |
| Creation Date: | October 15, 1998 |
| Publication Date: | October 22, 1998 |
| Earliest Documented Appearance: | October 13, 2017 |
| Infringement Count: | 16 |

| Image Name: | BeefMeatloaf004_ADL.jpg |
|---|---|
| Registration Number: | VA0002047015 |
| Registration Date: | January 15, 2017 |
| Creation Date: | August 03, 1998 |
| Publication Date: | August 10, 1998 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |



| Image Name: | BeefMeatloaf018.jpg |
|---|---|
| Registration Number: | VA0002012581 |
| Registration Date: | August 05, 2016 |
| Creation Date: | September 14, 1999 |
| Publication Date: | September 20, 1999 |
| Earliest Documented Appearance: | November 30, 2018 |
| Infringement Count: | 1 |



| Image Name: | BeefNYStrip004_ADL.jpg |
|---|---|
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | July 20, 1997 |
| Publication Date: | July 27, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| Image Name: | BeefPorterhouse002_ADL.jpg |
|---|---|
| Registration Number: | VA0002047019 |
| Registration Date: | January 13, 2017 |
| Creation Date: | April 17, 1999 |
| Publication Date: | April 24, 1999 |
| Earliest Documented Appearance: | June 16, 2017 |
| Infringement Count: | 1 |



| Image Name: | BeefPrimeRibRoast010_ADL.jpg |
|---|---|
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | November 14, 1996 |
| Publication Date: | November 21, 1996 |
| Earliest Documented Appearance: | December 22, 2017 |
| Infringement Count: | 15 |



| Image Name: | BeefRibEyeGrlMrk002_ADL.jpg |
|---|---|
| Registration Number: | VA0002047019 |
| Registration Date: | January 13, 2017 |
| Creation Date: | May 20, 1999 |
| Publication Date: | May 27, 1999 |
| Earliest Documented Appearance: | October 13, 2017 |
| Infringement Count: | 35 |



| Image Name: | BeefRibEyeGrlMrk007_ADL.jpg |
|---|---|
| Registration Number: | VA0002047019 |
| Registration Date: | January 13, 2017 |
| Creation Date: | April 08, 1999 |
| Publication Date: | April 15, 1999 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |

| Image Name: | BeefRibRoast004.jpg |
| --- | --- |
| Registration Number: | VA0002009665 |
| Registration Date: | July 12, 2016 |
| Creation Date: | October 26, 2009 |
| Publication Date: | November 13, 2009 |
| Earliest Documented Appearance: | November 16, 2018 |
| Infringement Count: | 3 |



| Image Name: | BeefRumpRoast003_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | May 14, 1997 |
| Publication Date: | May 21, 1997 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 7 |



| Image Name: | BeefRumpSteakGrlMrk001_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002047019 |
| Registration Date: | January 13, 2017 |
| Creation Date: | August 03, 1999 |
| Publication Date: | August 10, 1999 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |



| Image Name: | BeefShortRib005_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | May 09, 1996 |
| Publication Date: | May 16, 1996 |
| Earliest Documented Appearance: | March 24, 2017 |
| Infringement Count: | 8 |



| Image Name: | BeefSirloinSteakGrlMrk002_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | July 13, 1996 |
| Publication Date: | July 20, 1996 |
| Earliest Documented Appearance: | January 18, 2019 |
| Infringement Count: | 1 |



| Image Name: | BeefStew001_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | August 03, 1997 |
| Publication Date: | August 10, 1997 |
| Earliest Documented Appearance: | March 31, 2017 |
| Infringement Count: | 2 |



| Image Name: | BeefStew010_ADL.jpg |
| --- | --- |
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | August 17, 1997 |
| Publication Date: | August 24, 1997 |
| Earliest Documented Appearance: | March 17, 2017 |
| Infringement Count: | 10 |

| | |
|---|---|
| Image Name: | BeefStripSteak001_ADL.jpg |
| Registration Number: | VA0002045012 |
| Registration Date: | April 07, 2017 |
| Creation Date: | November 12, 1995 |
| Publication Date: | November 19, 1995 |
| Earliest Documented Appearance: | April 07, 2017 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | BeefStripSteak004_ADL.jpg |
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | October 21, 1997 |
| Publication Date: | November 05, 1997 |
| Earliest Documented Appearance: | September 15, 2017 |
| Infringement Count: | 7 |



| | |
|---|---|
| Image Name: | BeefTBoneGrillFire001.jpg |
| Registration Number: | VA0002012581 |
| Registration Date: | August 05, 2016 |
| Creation Date: | October 23, 1999 |
| Publication Date: | October 30, 1999 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | BeefTopRoundSteak009_ADL.jpg |
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | August 06, 1997 |
| Publication Date: | August 13, 1997 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 4 |



| | |
|---|---|
| Image Name: | BeefTopSirloin001_ADL.jpg |
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | August 21, 1997 |
| Publication Date: | September 05, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 5 |



| | |
|---|---|
| Image Name: | BeefTopSirloin003_ADL.jpg |
| Registration Number: | VA0002084081 |
| Registration Date: | January 15, 2017 |
| Creation Date: | November 09, 1997 |
| Publication Date: | November 16, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 5 |



| | |
|---|---|
| Image Name: | BeerBratwurstHR0607.jpg |
| Registration Number: | VA0002024712 |
| Registration Date: | December 18, 2016 |
| Creation Date: | March 19, 1994 |
| Publication Date: | March 26, 1994 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 6 |

| Image Name: | Blueberry003_ADL.jpg |
|---|---|
| Registration Number: | VA0002047017 |
| Registration Date: | March 05, 2017 |
| Creation Date: | November 21, 2000 |
| Publication Date: | December 05, 2000 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 14 |



| Image Name: | BonelessChickenBreast001_ADL.jpg |
|---|---|
| Registration Number: | VA0002044969 |
| Registration Date: | April 22, 2017 |
| Creation Date: | July 06, 1995 |
| Publication Date: | July 09, 1995 |
| Earliest Documented Appearance: | June 30, 2017 |
| Infringement Count: | 33 |



| Image Name: | BonelessPorkLoin001_ADL.jpg |
|---|---|
| Registration Number: | VA0002045003 |
| Registration Date: | April 19, 2017 |
| Creation Date: | July 06, 1994 |
| Publication Date: | July 20, 1994 |
| Earliest Documented Appearance: | January 25, 2019 |
| Infringement Count: | 1 |



| Image Name: | BratsHC1103.jpg |
|---|---|
| Registration Number: | VA0002055128 |
| Registration Date: | June 08, 2017 |
| Creation Date: | November 24, 2001 |
| Publication Date: | December 06, 2001 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 7 |



| Image Name: | Bratwursts001_ADL.jpg |
|---|---|
| Registration Number: | VA0002033004 |
| Registration Date: | March 15, 2017 |
| Creation Date: | July 06, 1995 |
| Publication Date: | July 13, 1995 |
| Earliest Documented Appearance: | March 24, 2017 |
| Infringement Count: | 78 |



| Image Name: | CantaloupeHR0307.jpg |
|---|---|
| Registration Number: | VA0002021644 |
| Registration Date: | November 04, 2016 |
| Creation Date: | October 20, 1996 |
| Publication Date: | October 27, 1996 |
| Earliest Documented Appearance: | April 21, 2017 |
| Infringement Count: | 8 |



| Image Name: | CatfishFillet012_ADL.jpg |
|---|---|
| Registration Number: | VA0002047004 |
| Registration Date: | March 07, 2017 |
| Creation Date: | January 21, 1998 |
| Publication Date: | February 05, 1998 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 4 |

| | Image Name: | Cauliflower001_ADL.jpg |
|---|---|---|
| | Registration Number: | VA0002055113 |
| | Registration Date: | May 03, 2017 |
| | Creation Date: | March 19, 1994 |
| | Publication Date: | March 26, 1994 |
| | Earliest Documented Appearance: | May 26, 2017 |
| | Infringement Count: | 18 |

| | Image Name: | CheeseSwiss010_ADL.jpg |
|---|---|---|
| | Registration Number: | VA0002046821 |
| | Registration Date: | January 29, 2017 |
| | Creation Date: | July 21, 1998 |
| | Publication Date: | August 05, 1998 |
| | Earliest Documented Appearance: | March 17, 2017 |
| | Infringement Count: | 5 |

| | Image Name: | CheeseSwiss017_ADL.jpg |
|---|---|---|
| | Registration Number: | VA0002046821 |
| | Registration Date: | January 29, 2017 |
| | Creation Date: | May 01, 1998 |
| | Publication Date: | May 08, 1998 |
| | Earliest Documented Appearance: | September 15, 2017 |
| | Infringement Count: | 1 |

| | Image Name: | CheeseSwiss018_ADL.jpg |
|---|---|---|
| | Registration Number: | VA0002046821 |
| | Registration Date: | January 29, 2017 |
| | Creation Date: | June 12, 1998 |
| | Publication Date: | June 19, 1998 |
| | Earliest Documented Appearance: | June 23, 2017 |
| | Infringement Count: | 2 |

| | Image Name: | CherryBing006_ADL.jpg |
|---|---|---|
| | Registration Number: | VA0002047017 |
| | Registration Date: | March 05, 2017 |
| | Creation Date: | June 18, 2000 |
| | Publication Date: | June 25, 2000 |
| | Earliest Documented Appearance: | June 23, 2017 |
| | Infringement Count: | 8 |

| | Image Name: | CherryNorthwestRainier001_ADL.jpg |
|---|---|---|
| | Registration Number: | VA0002047017 |
| | Registration Date: | March 05, 2017 |
| | Creation Date: | January 12, 2000 |
| | Publication Date: | January 19, 2000 |
| | Earliest Documented Appearance: | June 23, 2017 |
| | Infringement Count: | 6 |

| | Image Name: | CherryStrudelFSHC1311.jpg |
|---|---|---|
| | Registration Number: | VA0002055100 |
| | Registration Date: | June 08, 2017 |
| | Creation Date: | July 09, 2001 |
| | Publication Date: | July 20, 2001 |
| | Earliest Documented Appearance: | June 30, 2017 |
| | Infringement Count: | 5 |

| Image Name: | ChickenBreastBnlsGrlMrk007.jpg |
|---|---|
| Registration Number: | VA0002017741 |
| Registration Date: | September 20, 2016 |
| Creation Date: | June 18, 2005 |
| Publication Date: | June 26, 2005 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 2 |



| Image Name: | ChickenBreastRice002_ADL.jpg |
|---|---|
| Registration Number: | VA0002044969 |
| Registration Date: | April 22, 2017 |
| Creation Date: | July 06, 1995 |
| Publication Date: | July 14, 1995 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| Image Name: | ChickenBreastWholeGrlMrk012_ADL.jpg |
|---|---|
| Registration Number: | VA0002046891 |
| Registration Date: | January 23, 2017 |
| Creation Date: | July 01, 1998 |
| Publication Date: | July 08, 1998 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |



| Image Name: | ChickenBreastsCooked0309.jpg |
|---|---|
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | August 17, 1994 |
| Publication Date: | August 24, 1994 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 6 |



| Image Name: | ChickenCordonBleu002_ADL.jpg |
|---|---|
| Registration Number: | VA0002044969 |
| Registration Date: | April 22, 2017 |
| Creation Date: | July 06, 1995 |
| Publication Date: | July 22, 1995 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |



| Image Name: | ChickenKabob004_ADL.jpg |
|---|---|
| Registration Number: | VA0002046591 |
| Registration Date: | January 23, 2017 |
| Creation Date: | May 16, 1999 |
| Publication Date: | May 23, 1999 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |



| Image Name: | ChickenLegsFSHC1209.jpg |
|---|---|
| Registration Number: | VA0002055100 |
| Registration Date: | June 08, 2017 |
| Creation Date: | March 15, 2001 |
| Publication Date: | March 18, 2001 |
| Earliest Documented Appearance: | February 02, 2018 |
| Infringement Count: | 1 |

| Image Name: | ChickenWingBBQ001_ADL.jpg |
|---|---|
| Registration Number: | VA0002046824 |
| Registration Date: | January 26, 2017 |
| Creation Date: | September 07, 1998 |
| Publication Date: | September 14, 1998 |
| Earliest Documented Appearance: | February 09, 2018 |
| Infringement Count: | 2 |



| Image Name: | CodFillet009_ADL.jpg |
|---|---|
| Registration Number: | VA0002047004 |
| Registration Date: | March 07, 2017 |
| Creation Date: | August 04, 1998 |
| Publication Date: | August 11, 1998 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 1 |



| Image Name: | CornedBeefBrisketFlat008_ADL.jpg |
|---|---|
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | November 21, 1997 |
| Publication Date: | December 05, 1997 |
| Earliest Documented Appearance: | March 24, 2017 |
| Infringement Count: | 2 |



| Image Name: | CountryStylePorkRibs001_ADL.jpg |
|---|---|
| Registration Number: | VA0002055101 |
| Registration Date: | April 27, 2017 |
| Creation Date: | November 21, 1994 |
| Publication Date: | November 24, 1994 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |



| Image Name: | CubeSteakRice001_ADL.jpg |
|---|---|
| Registration Number: | VA0002045012 |
| Registration Date: | April 07, 2017 |
| Creation Date: | October 21, 1995 |
| Publication Date: | November 05, 1995 |
| Earliest Documented Appearance: | July 28, 2017 |
| Infringement Count: | 1 |



| Image Name: | EggPotatoSaladHR0604.jpg |
|---|---|
| Registration Number: | VA0002023233 |
| Registration Date: | November 08, 2016 |
| Creation Date: | July 21, 1994 |
| Publication Date: | August 05, 1994 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |



| Image Name: | FajitaChicken003.jpg |
|---|---|
| Registration Number: | VA0002019412 |
| Registration Date: | September 29, 2016 |
| Creation Date: | January 29, 2001 |
| Publication Date: | February 15, 2001 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 5 |

| | |
|---|---|
| Image Name: | FlounderFilet003_ADL.jpg |
| Registration Number: | VA0002047004 |
| Registration Date: | March 07, 2017 |
| Creation Date: | October 04, 1998 |
| Publication Date: | October 11, 1998 |
| Earliest Documented Appearance: | September 21, 2018 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | GrapeAsstBox001_ADL.jpg |
| Registration Number: | VA0002045006 |
| Registration Date: | April 17, 2017 |
| Creation Date: | June 10, 1997 |
| Publication Date: | June 17, 1997 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | GrapeGreen002_ADL.jpg |
| Registration Number: | VA0002045006 |
| Registration Date: | April 17, 2017 |
| Creation Date: | May 07, 1997 |
| Publication Date: | May 14, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 5 |



| | |
|---|---|
| Image Name: | GrapeTomatoesHR0804.jpg |
| Registration Number: | VA0002020887 |
| Registration Date: | October 28, 2016 |
| Creation Date: | June 18, 1994 |
| Publication Date: | June 25, 1994 |
| Earliest Documented Appearance: | March 17, 2017 |
| Infringement Count: | 4 |



| | |
|---|---|
| Image Name: | GreenBeans0307.jpg |
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | October 21, 1994 |
| Publication Date: | November 05, 1994 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | GreenBellPeppersHR0601.jpg |
| Registration Number: | VA0002022602 |
| Registration Date: | November 18, 2016 |
| Creation Date: | April 10, 1994 |
| Publication Date: | April 17, 1994 |
| Earliest Documented Appearance: | October 13, 2017 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | GrilledShrimp001_ADL.jpg |
| Registration Number: | VA0002055126 |
| Registration Date: | April 27, 2017 |
| Creation Date: | September 28, 1998 |
| Publication Date: | October 10, 1998 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |

| Image Name: | HaddockFillet004_ADL.jpg |
|---|---|
| Registration Number: | VA0002047004 |
| Registration Date: | March 07, 2017 |
| Creation Date: | February 21, 1998 |
| Publication Date: | March 05, 1998 |
| Earliest Documented Appearance: | April 07, 2017 |
| Infringement Count: | 1 |



| Image Name: | HamSandwich014_ADL.jpg |
|---|---|
| Registration Number: | VA0002046799 |
| Registration Date: | January 30, 2017 |
| Creation Date: | October 01, 1998 |
| Publication Date: | October 08, 1998 |
| Earliest Documented Appearance: | March 31, 2017 |
| Infringement Count: | 97 |



| Image Name: | HamSandwich024_ADL.jpg |
|---|---|
| Registration Number: | VA0002046799 |
| Registration Date: | January 30, 2017 |
| Creation Date: | October 07, 1998 |
| Publication Date: | October 14, 1998 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 6 |



| Image Name: | Hamburgers001_ADL.jpg |
|---|---|
| Registration Number: | VA0002045012 |
| Registration Date: | April 07, 2017 |
| Creation Date: | January 21, 1995 |
| Publication Date: | February 05, 1995 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 39 |



| Image Name: | Hamburgers002_ADL.jpg |
|---|---|
| Registration Number: | VA0002045012 |
| Registration Date: | April 07, 2017 |
| Creation Date: | January 21, 1995 |
| Publication Date: | February 05, 1995 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 7 |



| Image Name: | IcebergLettuce001_ADL.jpg |
|---|---|
| Registration Number: | VA0002055123 |
| Registration Date: | April 27, 2017 |
| Creation Date: | August 20, 1994 |
| Publication Date: | August 27, 1994 |
| Earliest Documented Appearance: | May 26, 2017 |
| Infringement Count: | 3 |



| Image Name: | LemonLime001_ADL.jpg |
|---|---|
| Registration Number: | VA0002045006 |
| Registration Date: | April 17, 2017 |
| Creation Date: | March 02, 1997 |
| Publication Date: | March 09, 1997 |
| Earliest Documented Appearance: | February 09, 2018 |
| Infringement Count: | 1 |

| Image Name: | MeatloafGreenBeans001_ADL.jpg |
|---|---|
| Registration Number: | VA0002045012 |
| Registration Date: | April 07, 2017 |
| Creation Date: | October 15, 1995 |
| Publication Date: | October 22, 1995 |
| Earliest Documented Appearance: | April 07, 2017 |
| Infringement Count: | 113 |



| Image Name: | MelonCantaloupe009_ADL.jpg |
|---|---|
| Registration Number: | VA0002045013 |
| Registration Date: | April 17, 2017 |
| Creation Date: | March 19, 1997 |
| Publication Date: | March 26, 1997 |
| Earliest Documented Appearance: | April 21, 2017 |
| Infringement Count: | 22 |



| Image Name: | MelonCantaloupe013_ADL.jpg |
|---|---|
| Registration Number: | VA0002045013 |
| Registration Date: | April 17, 2017 |
| Creation Date: | March 19, 1997 |
| Publication Date: | March 26, 1997 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 7 |



| Image Name: | Nectarine004_ADL.jpg |
|---|---|
| Registration Number: | VA0002045013 |
| Registration Date: | April 17, 2017 |
| Creation Date: | March 19, 1997 |
| Publication Date: | March 26, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| Image Name: | OnionVidalia002_ADL.jpg |
|---|---|
| Registration Number: | VA0002055110 |
| Registration Date: | May 03, 2017 |
| Creation Date: | March 19, 1994 |
| Publication Date: | March 24, 1994 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| Image Name: | OnionYellow008_ADL.jpg |
|---|---|
| Registration Number: | VA0002055110 |
| Registration Date: | May 03, 2017 |
| Creation Date: | March 19, 1994 |
| Publication Date: | March 26, 1994 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 7 |



| Image Name: | OrangeTemple001_ADL.jpg |
|---|---|
| Registration Number: | VA0002045013 |
| Registration Date: | April 17, 2017 |
| Creation Date: | January 08, 1997 |
| Publication Date: | January 15, 1997 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |

| | |
|---|---|
| Image Name: | PeachGeorgia001_ADL.jpg |
| Registration Number: | VA0002045013 |
| Registration Date: | April 17, 2017 |
| Creation Date: | March 19, 1997 |
| Publication Date: | March 26, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | PepperGreen008_ADL.jpg |
| Registration Number: | VA0002055113 |
| Registration Date: | May 03, 2017 |
| Creation Date: | July 19, 1994 |
| Publication Date: | July 22, 1994 |
| Earliest Documented Appearance: | March 09, 2018 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | PizzaMeat001_ADL.jpg |
| Registration Number: | VA0002047009 |
| Registration Date: | March 03, 2017 |
| Creation Date: | July 16, 2006 |
| Publication Date: | July 23, 2006 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |



| | |
|---|---|
| Image Name: | Plum002_ADL.jpg |
| Registration Number: | VA0002045016 |
| Registration Date: | April 07, 2017 |
| Creation Date: | March 19, 1998 |
| Publication Date: | March 26, 1998 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | PorkBurgerCookedHR0402.jpg |
| Registration Number: | VA0002024450 |
| Registration Date: | December 09, 2016 |
| Creation Date: | October 01, 1994 |
| Publication Date: | October 08, 1994 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 10 |



| | |
|---|---|
| Image Name: | PorkButtCooked0306.jpg |
| Registration Number: | VA0002021644 |
| Registration Date: | November 04, 2016 |
| Creation Date: | November 10, 1996 |
| Publication Date: | November 17, 1996 |
| Earliest Documented Appearance: | July 20, 2018 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | PorkButtSteakGrlMrk001_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | October 21, 1996 |
| Publication Date: | November 05, 1996 |
| Earliest Documented Appearance: | July 28, 2017 |
| Infringement Count: | 22 |

| | |
|---|---|
| Image Name: | PorkChopBnInStuffed002_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | June 04, 1996 |
| Publication Date: | June 11, 1996 |
| Earliest Documented Appearance: | September 21, 2018 |
| Infringement Count: | 2 |



| | |
|---|---|
| Image Name: | PorkChopBnlsGrlMrk001_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | August 11, 1996 |
| Publication Date: | August 18, 1996 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 7 |



| | |
|---|---|
| Image Name: | PorkChopCCBnIn006_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | July 21, 1996 |
| Publication Date: | August 05, 1996 |
| Earliest Documented Appearance: | September 21, 2018 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | PorkChopCCBnInGrlMrk002_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | August 11, 1996 |
| Publication Date: | August 18, 1996 |
| Earliest Documented Appearance: | October 12, 2018 |
| Infringement Count: | 1 |



| | |
|---|---|
| Image Name: | PorkChopCCBnInGrlMrk005_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | October 21, 1996 |
| Publication Date: | November 05, 1996 |
| Earliest Documented Appearance: | December 22, 2017 |
| Infringement Count: | 33 |



| | |
|---|---|
| Image Name: | PorkChopCCBnls017_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | October 21, 1996 |
| Publication Date: | November 05, 1996 |
| Earliest Documented Appearance: | March 16, 2018 |
| Infringement Count: | 3 |



| | |
|---|---|
| Image Name: | PorkChopCCBnls022_ADL.jpg |
| Registration Number: | VA0002025647 |
| Registration Date: | December 30, 2016 |
| Creation Date: | August 21, 1996 |
| Publication Date: | September 05, 1996 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 3 |

| Image Name: | PorkLoinSliced003_ADL.jpg |
|---|---|
| Registration Number: | VA0002046789 |
| Registration Date: | January 30, 2017 |
| Creation Date: | November 03, 1999 |
| Publication Date: | November 10, 1999 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 7 |



| Image Name: | PorkLoinWhole001_ADL.jpg |
|---|---|
| Registration Number: | VA0002055108 |
| Registration Date: | May 03, 2017 |
| Creation Date: | June 12, 1997 |
| Publication Date: | June 27, 1997 |
| Earliest Documented Appearance: | September 21, 2018 |
| Infringement Count: | 1 |



| Image Name: | PorkRibBabyBack003_ADL.jpg |
|---|---|
| Registration Number: | VA0002046789 |
| Registration Date: | January 30, 2017 |
| Creation Date: | October 21, 1999 |
| Publication Date: | November 05, 1999 |
| Earliest Documented Appearance: | June 16, 2017 |
| Infringement Count: | 2 |



| Image Name: | PorkRibBabyBack024_ADL.jpg |
|---|---|
| Registration Number: | VA0002046789 |
| Registration Date: | January 30, 2017 |
| Creation Date: | May 04, 1999 |
| Publication Date: | May 11, 1999 |
| Earliest Documented Appearance: | October 12, 2018 |
| Infringement Count: | 1 |



| Image Name: | PorkRibSpare010_ADL.jpg |
|---|---|
| Registration Number: | VA0002046789 |
| Registration Date: | January 30, 2017 |
| Creation Date: | August 18, 1999 |
| Publication Date: | August 25, 1999 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 1 |



| Image Name: | PorkRoastButt002.jpg |
|---|---|
| Registration Number: | VA0002009665 |
| Registration Date: | July 12, 2016 |
| Creation Date: | January 05, 2010 |
| Publication Date: | January 19, 2010 |
| Earliest Documented Appearance: | April 28, 2017 |
| Infringement Count: | 19 |



| Image Name: | PorkRoastButt003_ADL.jpg |
|---|---|
| Registration Number: | VA0002046789 |
| Registration Date: | January 30, 2017 |
| Creation Date: | March 21, 1999 |
| Publication Date: | April 05, 1999 |
| Earliest Documented Appearance: | September 21, 2018 |
| Infringement Count: | 1 |

| | PorkSandwichBBQ002_ADL.jpg |
|---|---|
| Registration Number: | VA0002046799 |
| Registration Date: | January 30, 2017 |
| Creation Date: | November 21, 1998 |
| Publication Date: | December 05, 1998 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 4 |



| Image Name: | PorkSteak001_ADL.jpg |
|---|---|
| Registration Number: | VA0002027172 |
| Registration Date: | January 20, 2017 |
| Creation Date: | November 09, 1997 |
| Publication Date: | November 16, 1997 |
| Earliest Documented Appearance: | September 15, 2017 |
| Infringement Count: | 6 |



| Image Name: | PorkTenderloin003_ADL.jpg |
|---|---|
| Registration Number: | VA0002055108 |
| Registration Date: | May 03, 2017 |
| Creation Date: | January 21, 1997 |
| Publication Date: | January 28, 1997 |
| Earliest Documented Appearance: | June 08, 2018 |
| Infringement Count: | 2 |



| Image Name: | PotatoAsst006_ADL.jpg |
|---|---|
| Registration Number: | VA0002055113 |
| Registration Date: | May 03, 2017 |
| Creation Date: | November 21, 1994 |
| Publication Date: | November 24, 1994 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |



| Image Name: | RedRaspberries001_ADL.jpg |
|---|---|
| Registration Number: | VA0002055118 |
| Registration Date: | April 27, 2017 |
| Creation Date: | February 21, 1996 |
| Publication Date: | February 26, 1996 |
| Earliest Documented Appearance: | October 13, 2017 |
| Infringement Count: | 1 |



| Image Name: | RomaineHearts0404a.jpg |
|---|---|
| Registration Number: | VA0002023233 |
| Registration Date: | November 08, 2016 |
| Creation Date: | June 21, 1994 |
| Publication Date: | July 05, 1994 |
| Earliest Documented Appearance: | September 22, 2017 |
| Infringement Count: | 3 |

| Image Name: | SaladColeSlaw009_ADL.jpg |
|---|---|
| Registration Number: | VA0002046822 |
| Registration Date: | February 08, 2017 |
| Creation Date: | August 02, 1997 |
| Publication Date: | August 09, 1997 |
| Earliest Documented Appearance: | June 23, 2017 |
| Infringement Count: | 2 |



| Image Name: | SaladPastaTwist002_ADL.jpg |
|---|---|
| Registration Number: | VA0002046822 |
| Registration Date: | February 08, 2017 |
| Creation Date: | October 14, 1997 |
| Publication Date: | October 21, 1997 |
| Earliest Documented Appearance: | July 07, 2017 |
| Infringement Count: | 4 |



| Image Name: | SalamiSliced001_ADL.jpg |
|---|---|
| Registration Number: | VA0002025247 |
| Registration Date: | December 22, 2016 |
| Creation Date: | April 07, 1994 |
| Publication Date: | April 14, 1994 |
| Earliest Documented Appearance: | April 07, 2017 |
| Infringement Count: | 2 |



| Image Name: | SalmonFilletHR0610.jpg |
|---|---|
| Registration Number: | VA0002020887 |
| Registration Date: | October 28, 2016 |
| Creation Date: | July 23, 1994 |
| Publication Date: | August 07, 1994 |
| Earliest Documented Appearance: | December 01, 2017 |
| Infringement Count: | 44 |



| Image Name: | SandwichHamSalad001_ADL.jpg |
|---|---|
| Registration Number: | VA0002046822 |
| Registration Date: | February 08, 2017 |
| Creation Date: | July 21, 1997 |
| Publication Date: | August 05, 1997 |
| Earliest Documented Appearance: | September 21, 2018 |
| Infringement Count: | 1 |



| Image Name: | SquashZucchini001_ADL.jpg |
|---|---|
| Registration Number: | VA0002055118 |
| Registration Date: | April 27, 2017 |
| Creation Date: | July 10, 1996 |
| Publication Date: | July 25, 1996 |
| Earliest Documented Appearance: | January 26, 2018 |
| Infringement Count: | 2 |



| Image Name: | TopSirloinSteakCookedHR0711.jpg |
|---|---|
| Registration Number: | VA0002022966 |
| Registration Date: | November 26, 2016 |
| Creation Date: | August 16, 1994 |
| Publication Date: | August 23, 1994 |
| Earliest Documented Appearance: | December 22, 2017 |
| Infringement Count: | 6 |