Mathew K. Higbee, Esq.
Naomi M. Sarega, Esq.
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
*ADLIFE MARKETING &*
*COMMUNICATIONS CO. INC.,*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| ADLIFE MARKETING & COMMUNICATIONS CO. INC., | Case No.: 4:17-CV-04254-SLD-JEH |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| FAREWAY STORES, INC., | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case. The Parties are currently finalizing a written settlement agreement and Plaintiff requests that all deadlines be stayed for 45 days in order for the parties to finalize the agreement and perform their obligations at which time the parties will either file a dismissal or move to reopen the case.

Dated: January 17, 2020               Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq., SBN 6319929
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I electronically filed this **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Siobhan M. Murphy
LEWIS BRISBOIS BISGAARD & SMITH, LLP.
550 West Adams Street, Suite 300
Chicago, IL 60661
Siobhan.murphy@lewisbrisbois.com

Daniel C. DeCarlo
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
213-250-1800
dan.decarlo@lewisbrisbois.com

Robert M. Collins
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
213-250-1800
robert.collins@lewisbrisbois.com

*Counsel for Defendant,*
*FAREWAY STORES, INC.*

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 17, 2020, at Santa Ana, California.

/s/ ***Mathew K. Higbee***
Mathew K. Higbee