Mathew K. Higbee, Esq.
Naomi M. Sarega, Esq.
Ryan E. Carreon, Esq.
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
*ADLIFE MARKETING &*
*COMMUNICATIONS CO. INC.,*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> FAREWAY STORES, INC., <br><br> Defendant. | Case No.: 4:17-CV-04254-SLD-JEH <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Adlife Marketing & Communications, Co. Inc. together with Fareway Stores, Inc. (collectively, the "Parties") hereby stipulate and agree that the above-captioned action, including all complaints, be dismissed with prejudice in its entirety, with each party to bear its own costs and attorney fees.

Respectfully submitted,

Date:  February 25, 2020,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.,
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8352
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
*Counsel for Plaintiff*

**/s/ Robert M. Collins**
Robert M. Collins, Esq.,
**LEWIS BRISBOIS**
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
(213) 680-5167
(213) 250-7900
Email: robert.collins@lewisbrisbois.com
*Counsel for Defendant*